FILED
July 03, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002753765

LAW OFFICES OF MARY ELLEN TERRANELLA
Mary Ellen Terranella - State Bar No. 99272
1652 W. Texas Street, Suite 222
Fairfield, California 94533
(707) 428-1778
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

In re

GINA COOPER )  Case No. 10-32967-C-7
)
)  Chapter 7
Debtors )
)  Docket Control No. MET-1
)
)  **MOTION TO COMPEL TRUSTEE**
)  **TO ABANDON PROPERTY**
)  **OF THE ESTATE**
)
)  Date: July 20, 2010
)  Time: 9:30 A.M.
)  Courtroom: 35, 6th Floor
)  Judge: Christopher M. Klein

COMES NOW Debtor to allege as follows:

1. Debtor filed this Chapter 7 Case No. 10-32967-C-7 on May 17, 2010.

2. Debtor disclosed in Schedule A real property located at 7025 Pleasant Hills Ranch Road, Vacaville, CA, and at 651 E. Travis Boulevard, which property is owned by Orchard Crossing Apartments, LP of which debtor is a 99.998% owner, and 420 Trotter, Vallejo, CA, which debtor quitclaimed off title pursuant to a marital property settlement agreement, but listed as she is still on both the first and second notes and deeds of trust. Debtor disclosed in Schedule B and amended Schedule B personal property including bank accounts at Bank of America and

Wells Fargo Bank, household goods, clothing, jewelry, the ownership interest in Orchard Crossing, LP, an uncollectible receivable from RTI Investments, which debtor does not exempt, a 2006 Range Rover, a 2005 Mercedes Benz SL500, a 2002 Mercedes Benz S500, a tractor, 6 dogs, post petition earnings, to the extent they are deemed "distributions", and a burial plot.

3. Debtor believes she has properly and fully exempted all property of the estate.

4. Debtor desires to have properly exempted property abandoned by the Trustee on the basis that administration of such assets is burdensome to the estate and of inconsequential value to the estate.

**WHEREFORE,** Debtors pray:

1. For an Order Compelling the Trustee to abandon said property of the estate.
2. For other relief the Court deems just and proper.

Dated: 7/3/10

Law Offices of Mary Ellen Terranella

Mary Ellen Terranella, Attorney for Debtors