B6B (Official Form 6B) (12/07)

FILED
July 03, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002753770

In re  **Gina Cooper**  , Case No. **10-32967**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.
  **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America - Acct. #...2856 | - | 1.00 |
| | | Bank of America - Acct. #...5393 with John and Therrissa Douglas | - | 1.00 |
| | | Bank of America - Acct. #...2725 with Fred Gums, Orchard Crossing LP | - | 600.00 |
| | | Wells Fargo Bank - Acct. # | - | 1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods | - | 3,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | - | 500.00 |
| 7. Furs and jewelry. | | Jewelry | - | 1,350.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   **5,953.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                Best Case Bankruptcy

In re  **Gina Cooper**                                  ,   Case No.   **10-32967**
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Debtor is 99.998% general partner of Orchard Crossing LP; liabilities exceed assets** | - | 1.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **RTI Investments owes debtor $150,000 since 2006. Company out of business; owner pending criminal charges** | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >       1.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

In re **Gina Cooper**, Case No. **10-32967**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Possible personal injury claim against Home Depot for injury sustained in store 3/09 | - | 5,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Range Rover - 58,000 miles | - | 38,000.00 |
| | | 2005 Mercedes Benz SL500 - 60,000 miles (inoperable) | - | 25,000.00 |
| | | 2002 Mercedes Benz S500 - 148,000 miles - body damage, mechanical problems, estimate for repairs $8,000 | - | 8,400.00 |
| | | Tractor | - | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 6 Dogs | - | 400.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total > **77,300.00**
(Total of this page)

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

In re **Gina Cooper**                                                             Case No. **10-32967**

Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Burial plot** | - | 3,000.00 |
| | | **Post petition earnings, to the extent they may be considered "distributions" - debtor and her husband share management duties at Orchard Crossing Apartments, LP. Earnings from May 17, 2010 through June 21, 2010 total $11,750; earnings for July 2010 are expected to be $8,000; earnings through date of discharge in August are expected to be $4,000. Total post petition, pre-discharge earnings are anticipated to be $23,750.** | C | 11,875.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Sub-Total >     **14,875.00**
(Total of this page)
Total >     **98,129.00**

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  **Gina Cooper**                                         ,   Case No.  __10-32967__
                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)  *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank of America - Acct. #...2856 | C.C.P. § 703.140(b)(5) | 1.00 | 1.00 |
| Bank of America - Acct. #...5393 with John and Therrissa Douglas | C.C.P. § 703.140(b)(5) | 1.00 | 1.00 |
| Bank of America - Acct. #...2725 with Fred Gums, Orchard Crossing LP | C.C.P. § 703.140(b)(5) | 600.00 | 600.00 |
| Wells Fargo Bank - Acct. # | C.C.P. § 703.140(b)(5) | 1.00 | 1.00 |
| **Household Goods and Furnishings** | | | |
| Household Goods | C.C.P. § 703.140(b)(3) | 3,500.00 | 3,500.00 |
| **Wearing Apparel** | | | |
| Clothing | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Jewelry | C.C.P. § 703.140(b)(4) | 1,350.00 | 1,350.00 |
| **Interests in Partnerships or Joint Ventures** | | | |
| Debtor is 99.998% general partner of Orchard Crossing LP; liabilities exceed assets | C.C.P. § 703.140(b)(5) | 1.00 | 1.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Possible personal injury claim against Home Depot for injury sustained in store 3/09 | C.C.P. § 703.140(b)(11)(D) | 5,000.00 | 5,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2002 Mercedes Benz S500 - 148,000 miles - body damage, mechanical problems, estimate for repairs $8,000 | C.C.P. § 703.140(b)(2)  C.C.P. § 703.140(b)(5) | 3,300.00  5,100.00 | 8,400.00 |
| Tractor | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |
| **Animals** | | | |
| 6 Dogs | C.C.P. § 703.140(b)(3) | 400.00 | 400.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Burial plot | C.C.P. § 703.140(b)(5) | 3,000.00 | 3,000.00 |
| Post petition earnings, to the extent they may be considered "distributions" - debtor and her husband share management duties at Orchard Crossing Apartments, LP. Earnings from May 17, 2010 through June 21, 2010 total $11,750; earnings for July 2010 are expected to be $8,000; earnings through date of discharge in August are expected to be $4,000. Total post petition, pre-discharge earnings are anticipated to be $23,750. | C.C.P. § 703.140(b)(5) | 11,875.00 | 23,750.00 |
| | Total: | 35,129.00 | 47,004.00 |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6F (Official Form 6F) (12/07)

In re **Gina Cooper**, Case No. **10-32967**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2711** <br><br> Advanta Bank Corp. <br> P.O. Box 30715 <br> Salt Lake City, UT 84130-0715 | | - | '06-'09 <br> Credit card purchases | | | | 12,835.00 |
| Account No. **7511** <br><br> Alliance One Receivables Management <br> 4850 Street Rd., Ste. 300 <br> Trevose, PA 19053 | | - | 2009 <br> Collection for Citibank | | | | 1.00 |
| Account No. **34885** <br><br> American Business Network <br> 3120 West Carefree Highway, Ste. 1-550 <br> Phoenix, AZ 85086 | | - | 2009 <br> Advertising | | | | 499.00 |
| Account No. **662002** <br><br> American Express <br> P.O. Box 0001 <br> Los Angeles, CA 90096-0001 | | - | '06-'09 <br> Credit card purchases | | | | 8,502.00 |
| **8** continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | 21,837.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    S/N:37203-100510   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gina Cooper**, Case No. **10-32967**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 62004　 American Express P.O. Box 0001 Los Angeles, CA 90096-0001 | | - | '07-'09 Credit card purchases | | | | 8,262.00 |
| Account No. 5241　 Bank of America P.O. Box 15026 Wilmington, DE 19850-5026 | | - | '06-'09 Credit card purchases | | | | 35,565.00 |
| Account No. 2082　 Bank of America P.O. Box 15026 Wilmington, DE 19850-5026 | | - | '06-'09 Credit card purchases | | | | 7,806.00 |
| Account No. 5248　 Bank of America P.O. Box 15026 Wilmington, DE 19850-5026 | | - | '06-'09 Credit card purchases | | | | 46,295.00 |
| Account No. 2945　 Bank of America P.O. Box 15026 Wilmington, DE 19850-5026 | | - | 2009 Credit card purchases | | | | 771.00 |

Sheet no. **1** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **98,699.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　Best Case Bankruptcy

In re **Gina Cooper**, Debtor

Case No. **10-32967**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2955** <br><br> **Bank of America** <br> P.O. Box 15026 <br> Wilmington, DE 19850-5026 | | - | '06-'09 <br> Credit card purchases | | | | 23,251.00 |
| Account No. **3701** <br><br> **Bank of America - "A"** <br> 475 Crosspoint Parkway <br> Getzville, NY 14068 | | - | 1999 <br> Possible liability on mortgage on ex husband's property; debtor still on loan | | | | 1.00 |
| Account No. **9819** <br><br> **Capital One** <br> P.O. Box 30285 <br> Salt Lake City, UT 84130-0285 | | - | '06-'09 <br> Credit card purchases | | | | 2,287.00 |
| Account No. **8695** <br><br> **Capital One** <br> P.O. Box 30285 <br> Salt Lake City, UT 84130-0285 | | - | '06-'09 <br> Credit card purchases | | | | 5,563.00 |
| Account No. **7316** <br><br> **Chase** <br> P.O. Box 15298 <br> Wilmington, DE 19850-5298 | | - | '06-'09 <br> Credit card purchases | | | | 15,289.00 |

Sheet no. **2** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **46,391.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gina Cooper**, Case No. **10-32967**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3348<br><br>Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | | - | '06-'09<br>Credit card purchases | | | | 9,789.00 |
| Account No. 5321<br><br>Citi Cards<br>P.O. Box 6000<br>The Lakes, NV 89163-6000 | | - | '06-'09<br>Credit card purchases | | | | 15,007.00 |
| Account No. 7511<br><br>Citi Cards<br>P.O. Box 6000<br>The Lakes, NV 89163-6000 | | - | '06-'09<br>Credit card purchases | | | | 9,983.00 |
| Account No. 7018<br><br>Client Services, Inc.<br>3451 Harry Truman Blvd<br>Saint Charles, MO 63301-4047 | | - | 2009<br>Collection for Autopass Store at CFNA | | | | 1,954.00 |
| Account No. Case No. FCS034411<br><br>Eric and Joelane Love<br>3454 Morningbrook Court<br>Fairfield, CA 94534 | | - | 2009<br>Contingent liability | | | | 1.00 |

Sheet no. **3** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **36,734.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gina Cooper**, Case No. **10-32967**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Eric Tolliver<br>651 E. Travis Blvd., #75<br>Fairfield, CA 94533 | | - | 2009<br>Contingent liability | | | | 1.00 |
| Account No. 8715<br>Firestone/Credit First N.A.<br>P.O. Box 81344<br>Cleveland, OH 44188-0344 | | - | '06-'09<br>Credit card purchases | | | | 1,883.00 |
| Account No. 6641<br>First Equity Card<br>P.O. Box 84075<br>Columbus, GA 31901-4075 | | - | '06-'09<br>Credit card purchases | | | | 2,316.00 |
| Account No. 630150<br>GB Collects, LLC<br>443 Commerce Lane, Ste. 2<br>West Berlin, NJ 08091 | | - | 2009<br>Collection for Kaiser Foundation Health Plan | | | | 1.00 |
| Account No. 5039<br>GMAC Mortgage - "A"<br>P.O. Box 4622<br>Waterloo, IA 50704-4622 | | - | 1997<br>Possible liability on mortgage on ex husband's property; debtor still on loan | | | | 1.00 |

Sheet no. **4** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,202.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gina Cooper** , Case No. **10-32967**
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1510-2** <br><br> **Goldfarb Lipman, Attorneys** <br> **P.O. Box 71043** <br> **Oakland, CA 94612** | | - | '08-'09 <br> Legal fees | | | | 21,590.00 |
| Account No. **4577** <br><br> **Guthy-Renker** <br> **P.O. Box 11448** <br> **Des Moines, IA 50336-1448** | | - | 2009 <br> Credit Card | | | | 130.00 |
| Account No. **0933** <br><br> **Home Depot Credit Services** <br> **P.O. Box 6028** <br> **The Lakes, NV 88901-6028** | | - | '06-'09 <br> Credit card purchases | | | | 7,513.00 |
| Account No. **0634** <br><br> **Home Depot Credit Services** <br> **P.O. Box 6028** <br> **The Lakes, NV 88901-6028** | | - | '06-'09 <br> Credit card purchases | | | | 1,057.00 |
| Account No. **2975** <br><br> **Home Depot Credit Services** <br> **P.O. Box 6028** <br> **The Lakes, NV 88901-6028** | | - | '07-'09 <br> Credit card purchases | | | | 4,056.00 |

Sheet no. **5** of **8** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     34,346.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gina Cooper**  , Case No. **10-32967**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2009-4<br><br>Joanne E. Morrison, Esq.<br>552 James Street<br>Livermore, CA 94551-0210 | | - | 2009<br>Legal fees | | | | 2,959.00 |
| Account No. 630150<br><br>Kaiser Foundation Health Plan, Inc.<br>File 50016<br>Los Angeles, CA 90074-0016 | | - | 2009<br>Medical | | | | 938.00 |
| Account No.<br><br>Korin Crawford<br>2644 3rd Street<br>San Francisco, CA 94107 | | - | 9/07<br>Contingent liability | | | | 1.00 |
| Account No. Case No. FCS034411<br><br>Micheal A. Thompson, Esq.<br>410 Tuolumne Street<br>Vallejo, CA 94590 | | - | 2009<br>Counsel for Eric and Joelane Love | | | | 1.00 |
| Account No. 62004<br><br>NCO Financial Systems, Inc.<br>P.O. Box 15760, Dept. 07<br>Wilmington, DE 19850-5760 | | - | 2009<br>Collection for American Express | | | | 1.00 |

Sheet no. **6** of **8** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   3,900.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Gina Cooper** , Case No. **10-32967**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Patrick Hutchinson - "A"<br>420 Trotter Street<br>Vallejo, CA 94590 | | - | 2010<br>Contingent liability | | | | 1.00 |
| Account No. 588<br><br>Red Canoe C.U.<br>P.O. Box 3020<br>Longview, WA 98632-7538 | | - | '06-'09<br>Personal loan | | | | 34,493.00 |
| Account No. 5786<br><br>Thomas E. Toolson, DDS<br>1325 Oliver Rd.<br>Fairfield, CA 94533 | | - | 2008<br>Medical bill | | | | 1,706.00 |
| Account No. 171914<br><br>United American Bank<br>101 S. Ellsworth Ave., Ste. 110<br>San Mateo, CA 94401 | X | - | 9/07<br>Personal guarantor on loan | | | | 3,400,000.00 |
| Account No. 662002<br><br>United Recovery Systems, LP<br>P.O. Box 722929<br>Houston, TX 77272-2929 | | - | 2009<br>Collection for American Express | | | | 1.00 |

Sheet no. **7** of **8** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **3,436,201.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gina Cooper**                                          ,   Case No.  **10-32967**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 759-002 and 759-001 <br><br> **VacaValley Hospital - "A"** <br> **1000 Nut Tree Road** <br> **Vacaville, CA 95687** | | - | 2010 <br> Medical | | | | 3,110.00 |
| Account No. 4193 <br><br> **WFNNB - Ann Taylor** <br> **P.O. Box 659705** <br> **San Antonio, TX 78265-9705** | | - | '07-'09 <br> Credit card purchases | | | | 1,545.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **8** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **4,655.00**

Total (Report on Summary of Schedules)  **3,686,965.00**