UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Gina Cooper | **Case No :** | 10-32967 - C - 7 |
| | | **Date :** | 7/20/10 |
| | | **Time :** | 09:30 |

| | |
|---|---|
| **Matter :** | [17] - Motion/Application to Compel Abandonment [MET-1] Filed by Debtor Gina Cooper (Fee Paid $150) (rwis) |
| **Judge :** | Christopher M. Klein |
| **Courtroom Deputy :** | Teresa Jackson |
| **Reporter :** | Diamond Reporters |
| **Department :** | C |

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney - Mary Ellen Terranella
**Respondent(s) :**
    Trustee - J. Michael Hopper
    Trustee's Attorney - J. Russell Cunningham

HEARING CONTINUED TO: 9/14/10 at 09:30 AM