2

Law Offices of Mary Ellen Terranella
Mary Ellen Terranella - State Bar No. 99272
1652 W. Texas Street, Suite 227
Fairfield, California 94533
(707) 428-1778
Facsimile (707) 446-6777
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

In re

GINA COOPER ) Case No. 10-32967-C-7
)
Debtor ) Chapter 7
)
) Docket Control No. DNL-4
)
) OPPOSITION TO OBJECTION TO
) CLAIMS OF EXEMPTIONS
)
) Date: November 2, 2010
) Time: 9:30 A.M.
) Courtroom: 35, 6th Floor
) Judge: Christopher Klein

The Chapter 13 Trustee objects to debtor's claims of exemptions as to her 99.99% limited partnership interest in Orchard Crossing, LP and distributions therefrom to the extent debtor contends said property has been fully exempted or that the aggregate of the exemptions claimed in the interest and distributions exceeds $19,147.00. (The Trustee has misstated the debtor's limited partnership interest in Orchard Crossing, LP; it is 99.999%, as opposed to 99.99%).

Debtor responds that she specifically indicated in her amended Schedules B and C that she was claiming the $19,147.00 amount, which is the amount of the "wildcard" exemption left over under CCP Section 703.140(b)(5) after utilizing a portion of it on other assets, to exempt her limited partnership interest, or, in the alternative, her interest in her post petition earnings, to the extent they were deemed

"distributions" and not earnings. This alternative exemption method was necessary due to the Trustee's "shotgun" approach to the debtor's assets. He has, over the past few months, indicated he may sell Orchard Crossing Apartments, or sell her limited partnership interest in Orchard Crossing, LP, or take over operation of the Orchard Crossing Apartments, or seize her income from Orchard Crossing Apartments. Unless and until the Trustee's interests, if any, in the debtor's assets are fully determined, she must claim her exemptions in the alternative, as she has done.

**WHEREFORE**, debtor respectfully requests the Trustee's objection to debtor's claim of exemptions be denied.

Dated: 10/19/10

Respectfully submitted,

Mary Ellen Terranella, Attorney for Debtor