FILED
October 20, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003014839

J. RUSSELL CUNNINGHAM, State Bar #130578
KRISTEN DITLEVSEN, State Bar #259162
ERIC R. GASSMAN, State Bar #260693
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for J. Michael Hopper
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In re:

GINA COOPER

Debtor.

Case No. 10-32967-C-7
Chapter 7

DNL-5

### DECLARATION OF GENE GONZALES IN SUPPORT OF APPLICATION TO EMPLOY GONZALES & SISTO, LLP

I, Gene A. Gonzales, declare as follows:

1. I am a certified public accountant and am licensed to practice in California. I am a partner of Gonzales & Sisto, LLP ("G&S") an accounting firm which maintains its office at 855 University Avenue, Sacramento, California 95825.

2. I have personal knowledge of each of the facts set forth in this declaration, and if called to testify as a witness, I could and would competently do so.

3. Chapter 7 trustee in the above-referenced case, J. Michael Hopper ("Trustee"), has requested and G&S has agreed, to provide accounting services. Those services will be billed at my standard hourly rate of $275.00 per hour for the services described above. This is the rate that G&S charges for similar services rendered to clients in similar circumstances.

1

1    4.   Trustee and I have discussed whether any conflicts of interest exist in this case
2  between myself, G&S and interested parties, previously in connection with this case.
3    5.   In addition, I conducted a conflicts check. The names checked include the name of
4  the Debtor, Trustee, and the names of all of the persons or entities listed on the creditor's mailing
5  matrix in Debtor's case.
6    6.   The conflicts check revealed that, except as set forth herein, G&S has no connections
7  with the Debtor, Trustee, persons employed by the Office of the United States Trustee, creditors of
8  the Debtor, any of the Debtor's accountants, or any other party in interest in or having an interest in
9  this case.
10   7.   To the best of my knowledge, I and each member of G&S are disinterested persons
11 as that term is defined in 11 U.S.C. Section 101(13).
12   8.   G&S has not agreed to share any compensation to be paid with any other person or
13 entity.
14   9.   I have reviewed the underlying application. The factual statements set forth in the
15 application are true to my personal knowledge except as to those things which are stated to be
16 otherwise.
17       I declare under penalty of perjury under the laws of the State of California, that the foregoing
18 is true and correct.
19       Executed this 14th day of October, 2010, at Sacramento, California.

                                            _____
                                            GENE A. GONZALES

2