2010-32967
FILED
November 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003082822

Law Offices of Mary Ellen Terranella
Mary Ellen Terranella - State Bar No. 99272
1652 W. Texas Street, Suite 222
Fairfield, California 94533
(707) 428-1778
Facsimile (707) 446-6777
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

In the Matter of

GINA COOPER )  Case No. 10-32967-C-7
)
Debtor )  Chapter 7
)  Docket Control No. DNL-4
)
)  Date:   November 2, 2010
)  Time:   9:30 AM
)  Courtroom:   35, 6th Floor
)  Judge: Christopher Klein

**STIPULATION RESOLVING TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMS OF EXEMPTION**

IT IS HEREBY STIPULATED BY AND BETWEEN J. Michael Hopper, Chapter 7 Trustee, by and through his attorney of record, J. Russell Cunningham, and Gina Cooper ("Debtor"), by and through her attorney of record, Mary Ellen Terranella, as follows:

1.    Debtor claims in the alternative an exemption of $19,147.00 in either her 99.999% limited partnership interest in Orchard Crossing, LP, or her interest in post petition earnings, to the extent they are determined to be partnership distributions as opposed to earnings. Debtor shall be allowed only one exemption of $19,147.00, which shall be applied to one or the other of the two assets listed above. Debtor does not and cannot claim a "double" exemption of $38,294.00. Determination of which of the two assets shall be claimed under the $19,147.00 exemption amount, and to what extent such asset shall be protected by the claim of exemption

RECEIVED
November 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003082822

shall be made either through the Bankruptcy Dispute Resolution Program or trial in the event the Bankruptcy Dispute Resolution Program does not provide resolution of the matter.

DATE: 11/17/10

Mary Ellen Terranella
Attorney for the Debtor
Gina Cooper

DATE: 11/16/10

J. Russell Cunningham
Attorney for J. Michael Hopper, Trustee

IT IS SO ORDERED:

Dated: November 29, 2010

United States Bankruptcy Judge